IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1823-PSF-BNB

GERALD M. HAASE, M.D.,

Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Modify Scheduling Order** (the "Motion"), filed on July 1, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 19, 2005**;

    The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 19, 2005**;

    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 3, 2005**;

Discovery cutoff: **November 3, 2005**;
Dispositive Motion Deadline: **December 1, 2005.**