IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01823-PSF-BNB

GERALD M. HAASE, M.D.,

Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Second Unopposed Motion to Modify Scheduling Order** (the "Motion"), filed on September 15, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 28, 2005**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 11, 2005**;

| | |
|---|---|
| Discovery cutoff: | **December 3, 2005**; |
| Dispositive Motion Deadline: | **December 31, 2005.** |

IT IS FURTHER ORDERED that the Pretrial Conference set for January 18, 2006, is **vacated and reset to March 13, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 6, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED: September 19, 2005