IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-cv-01823-PSF-BNB

GERALD M. HAASE, M.D., an individual,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

---

## ORDER ON STIPULATION FOR DISMISSAL
---

    The parties' Joint Stipulation for Dismissal (Dkt. # 31) is GRANTED.  It is hereby ORDERED that the above-captioned civil action is DISMISSED, with prejudice, each party to pay their own costs, fees and expenses.

    DATED: October 31, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge